445 A.2d 1297

**Joseph DOBRANSKI and Anna Dobranski, Appellants,**

v.

**Perry J. SHERTZ.**

Superior Court of Pennsylvania.

Argued June 11, 1980.

Filed May 21, 1982.

Allan H. Gordon, Philadelphia, for appellants.

B. Todd Maguire, Wilkes-Barre, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

PER CURIAM:

The appeal in this case was taken from the following order: "AND NOW this 27th day of Sept., 1979, the rule to

show cause why plaintiffs should not be allowed leave to file their reply to defendant's New Matter nunc pro tunc is denied and discharged." This is not a final appealable order. See Pa.R.A.P. 301.

Appeal quashed, and case remanded to the lower court for further proceedings.